UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-10435-MWF (MRWx)**                    Date:  **January 4, 2013**

Title:      THR California, LLC-*v*- Angela Seard, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                               None Present

PROCEEDINGS (IN CHAMBERS):  ORDER REMANDING ACTION TO STATE COURT

On December 12, 2012, the Court issued an Order to Show Cause Re: Remand to State Court. (Docket No. 4). Defendant Angela Seard's Notice of Removal (Docket No. 1) had not adequately alleged subject matter jurisdiction. (*See* Docket No. 4).

On December 26, 2012, Seard filed a Response to the Court's Order to Show Cause. (Docket No. 5). Seard's Response does not demonstrate any colorable basis for subject matter jurisdiction over this action.

Accordingly, this action is REMANDED to California Superior Court.

IT IS SO ORDERED.